FILED _____ ENTERED
_____ LODGED _____ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

DEC 1 8 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  **14-2797 TJS**
E-mail account jadminc@msn.com, hosted by Microsoft )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment C which is attached hereto and incorporated herein by reference,

located in the _____Western_____ District of _____Washington_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment D which is attached hereto and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 1341; 1343; 1349; 1956 and 1957 | Conspiracy to Commit Mail and Wire Fraud; Mail Fraud; Wire Fraud and Money Laundering |

The application is based on these facts:

See Affidavit of Special Agent Jason C. Bender which is attached hereto and incorporated herein by reference.

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Jason C. Bender, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 3, 2014

_____
*Judge's signature*

City and state: Baltimore, Maryland      Timothy J. Sullivan, United States Magistrate Judge
*Printed name and title*